THE PEOPLE, *ex rel.* HOLLEY, *against* THE SUPERVISORS OF THE COUNTY OF COLUMBIA.

A constable summoned and actually attending court, under the statute (sess. 42, ch. 27,) is entitled to his fees, tho' he do not actually serve as constable. It is enough that he is attending and ready to serve; and it is no objection to allowing him his fees that he was a deputy sheriff, and attended court as such.

AN alternative mandamus had been issued, and served upon the defendants, commanding them to audit and allow the account of Holley, for his services as a constable in attending the Court of Oyer and Terminer, and the Court of Common Pleas and General Sessions of the county of Columbia; he having been duly summoned to attend, by the Sheriff, and having attended accordingly, pursuant to the act of the 5th March, 1819, (sess. 42, ch. 27.)

The return stated that Holley was an acting deputy of the Sheriff during all the time for which he claimed pay as constable; that he attended as a deputy, not as constable; did not carry a staff, or perform any of the duties pertaining to the office of a constable. Upon this ground, they denied him fees as constable.

*C. Bushnell* moved for a peremptory mandamus.

*T. Bay*, contra.

*Curia.* It is enough that he was summoned, and attending ready to perform his duty as constable, if called on. The statute is peremptory that he shall have one dollar and 25 cents a day for *travel and attendance.*

Rule for peremptory mandamus.

NOTE. A similar rule was made, on similar grounds, in the cause of *The People, ex rel. Waterman, against The same defendants.*